*Deputy Report for Incident 17-A06907*                                                                 Page 4

## Supplement

                Auburn Police Department
                Supplemental Report

Incident #:  17-A06907

Narrative:

    On October 25, 2017 I went to the Coldwater Michigan Police Department to sit in on a meeting regarding the robberies of businesses in Northeast Indiana and Southern Michigan. I was brought up to speed on the investigation thus far.

    On October 30, 2017 Indiana State Police Detective Jake Quick called me and ask me to assist him in a detail. Detective Quick advised me that Detective Cory Ghringhelli, from the Kalamazoo Michigan Police Department, had pinged the suspects cell phone. Det. Quick advised that the suspects cell phone was pinged in Elkhart Indiana. The suspect had previously been identified as Rex Hammond.

    Det. Quick and I left Auburn and headed toward Elkhart at approximately 8:00PM. We arrived in the area of where the phone had been located from the ping. Then we were advised by Det. Ghringhelli that the location of the ping had changed. Det. Ghringhelli had been receiving pings every 15 minutes.

    Det. Quick and I stayed in Elkhart for some time. We continued to receive ping locations on Hammond's phone from Det. Ghringhelli. We would receive the ping location and then find the location on Google maps.

    The suspect left the Elkhart area and had headed west on U.S. 20 toward South Bend. We checked and verified an address on Iris St. in Elkhart to make sure the suspects vehicle was not there. I verified that the vehicle was not there.

    The ping was giving us a location that had not moved for several minutes. This location was on U.S. 31, in South Bend, just north of the Toll Road. This area is actually part to Roselawn, Indiana. We drove to this location and Det. Quick found the suspect vehicle in a Quality Inn parking lot. The vehicle was a Chrysler Concorde, In reg. 815PG.

    We sat up on the vehicle and watched. Det. Quick was in the process of getting marked police units and other Detectives there to assist us. Then, we watched as the vehicle left the lot. The vehicle went south bound on U.S. 31 and I followed.

    The suspect vehicle was being driven by a male and another person was in the front passenger seat. We drove through round a bouts and continued south on Main St/U.S.31 in South Bend.

    The suspect vehicle drove out of South Bend on U.S. 31. This continued for several miles until we approached the exit for Plymouth, Indiana. The suspect exited U.S. 31 and turned west bound on Veterans Parkway. The suspect entered another round a bout and drove south from the round about towards Plymouth.

    I continued to follow the suspect vehicle into Plymouth, Indiana. We drove into the city limits, and the suspect vehicle turned left onto Harrison St. By this point, I had followed the suspect from South Bend. This was a very long distance for one unit to follow a suspect. I did not turn onto Harrison St. I continued on and turned left several streets away.

    I had been in constant communication with Det. Quick via cell phone during this surveillance detail. I advised Det. Quick that I was continuing on. Det. Quick advised me that the suspect vehicle had turned around on Harrison St. This action made me realize that the suspect had "cleaned" me. This means he was checking to see if anyone was following him.

    I turned around and headed back to the main road I was on. I turned

11/03/17

EXHIBIT 5

USvHammond_00000081

*Deputy Report for Incident 17-A06907*    Page 5

North bound on this road and passed the suspect vehicle. I felt at this time that my vehicle was "burned" and I was of no use in the detail any further. Also, I had testify in a Homicide trial on the following morning.

I broke off from the detail at 1:15AM and drove back to Auburn. Det. Quick advised me that he had contacted Marshall County Deputies and they were going to make a traffic stop on the vehicle. I went off duty at 2:00AM. This ends my involvement in this case thus far.

```
Officer's Name:  Detective Stacy E. Sexton
           PE:   529
          Date:  Wed Nov 01 10:57:46 EDT 2017
```

11/03/17

USvHammond 00000082