UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                        ) | CAUSE NO:  3:18-CR-00005-RLM-MGG |
| ) | |
| REX HAMMOND                    ) | |

## UNITED STATES' NOTICE OF F.R.E. 609 EVIDENCE

Comes now the United States of America by Thomas L. Kirsch II, United States Attorney for the Northern District of Indiana, through Assistant United States Attorney Molly E. Donnelly, and notifies the Court of the following pertaining to Rule 609 evidence in this matter.

1. This matter is scheduled for a jury trial on November 26, 2018.

2. Rex Hammond has the following prior felony convictions:

    a. In 1997, Hammond was convicted of three counts of armed robbery in Marion County case number 49G06-9607-CF-101484. He was sentenced to 20 years of imprisonment on each count, to be served concurrently with each other. He was released from the Indiana Department of Corrections (IDOC) to parole in September of 2009.

    b. In 1996, Hammond was convicted of armed robbery in Bartholomew County case number 03C01-9607-CF-1046. He was sentenced to 10 years of imprisonment, to be served consecutively with case numbers 73D01-9607-CF-46 and 16C01-9607-CF-59. He was released from IDOC to parole in September of 2009.

  c. In 1996, Hammond was convicted of armed robbery in Shelby County case number 73D01-9607-CF-46. He was sentenced to 18 years of imprisonment. He was released from IDOC to parole in September of 2009.

  d. In 1996, Hammond was convicted of one count of armed robbery and one count of theft in Decatur County case number 16C01-9607-CF-59. He was sentenced to 20 years of imprisonment, with the theft count merging with the armed robbery count. He was released from IDOC to parole in September of 2009.

3. The government seeks to introduce these felony convictions to impeach Hammond should he testify at trial. At this time, the government does not seek to introduce Hammond's felony conviction for attempted armed robbery in Putnam County case number 67C01-8706-CF-20 since his release from imprisonment in that case was more than ten years ago.

4. In regards to F.R.E. Rule 609(a)(1)(B) evidence, in determining whether the probative value of admitting prior convictions outweighs the prejudicial effect, the court should consider several factors, namely:

  a. The impeachment value of the prior crime;

  b. The point in time of the conviction and the defendant's subsequent history;

  c. The similarity between the past crime and the charged crime;

  d. The importance of the defendant's testimony; and

  e. The centrality of the credibility issue.

*United States v. Gant*, 396 F.3d 906, 909 (7th Cir. 2005) (quotations and citations omitted).

5.    Should Hammond testify and provide contradictory or conflicting accounts from those of other witnesses, his credibility will be a central issue for the finder of fact.

6.    Given the centrality of the credibility issue, the impeachment value of the prior convictions, and the similarity between the past crimes and the charged crimes, Hammond's felony convictions should be available for the government to use for impeachment purposes should Hammond testify at trial.

WHEREFORE, the government respectfully requests that the prior felony convictions of Rex Hammond be available for the government to use for impeachment purposes should Hammond testify in this matter.

Dated: October 12, 2018

Respectfully submitted,

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By:   s/ Molly E. Donnelly
Molly E. Donnelly
Assistant United States Attorney
Robert A. Grant Federal Building
204 S. Main Street Room M-01
South Bend, IN 46601

## **CERTIFICATE OF SERVICE**

I certify that on October 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to defense counsel.

      s/ Chris Carson
United States Attorney's Office
204 S. Main Street, Room M01
South Bend, IN 46601
(574) 236-8287