UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

SOUTH BEND DIVISION


United States of America
Plaintiff

v.

Case No.  3:18cr05

Rex Hammond
Defendant


## RECEIPT FOR RELEASE OF EXHIBITS

Pursuant to Local Rule 79-1 and Circuit Rule 10(a), the following exhibit(s) will be preserved by counsel, and in the event of an appeal, returned to the Clerk for inclusion in the record transmitted to Court of Appeals.  Any bulky or unusually heavy exhibits will not be sent to the Court of Appeals unless directed by the Circuit Clerk.  (See Fed.R.App.P 11(b)(2))

Pltf. Exhibit:

12, 28, 33, 29 A&B, 30,
40, 48 A&B, 45, 46,
50 A-C, 51 A-C, 25

Deft. Exhibit:


Dated:  4-11-19

Molly Donnelly
Name

US Atty's Office
204 S. Main St. - Room M-01
Street Address

South Bend            IN 46601
City            State  Zip Code

(574)968-2721
Telephone No.