APPEAL,CUSTODY

# U.S. District Court Northern District of Indiana [LIVE]
# USDC Northern Indiana (South Bend)
# CRIMINAL DOCKET FOR CASE #: <u>3:18−cr−00005−RLM−MGG</u>−1

Case title: United States of America v. Hammond

Date Filed: 01/10/2018
Date Terminated: 07/16/2019

Assigned to: Judge Robert L Miller, Jr
Referred to: Magistrate Judge Michael G Gotsch, Sr

**Defendant (1)**

**Rex Hammond**
*TERMINATED: 07/16/2019*

represented by **Nicholas T Otis**
Newby Lewis Kaminski Jones LLP
916 Lincolnway
LaPorte, IN 46350
219−362−1577
Fax: 219−362−2106
Email: ntotis@nlkj.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**David E Vandercoy – FCD**
Federal Community Defenders Inc – SB/IN
Northern District of Indiana
227 S Main St Ste 100
South Bend, IN 46601
574−245−7393
Fax: 574−245−7394
Email: david_vandercoy@fd.org
*TERMINATED: 06/18/2018*
*Designation: Public Defender or Community Defender Appointment*

**Fred R Hains**
Hains Law Firm LLP
125 N Saint Peter St
South Bend, IN 46617−2910
574−234−7606
Fax: 574−282−1360
Email: fhains@hainslawfirm.com
*TERMINATED: 07/23/2018*
*Designation: CJA Appointment*

**Pending Counts**

**Disposition**

| | |
|---|---|
| 18:1951 HOBBS ACT AND FORFEITURE ALLEGATION (1) | 120 months imprisonment to be served concurrent to counts 2–5 and consecutive to counts 6–8, no fine, $100 special assessment, restitution $2636.00 |
| 18:1951 HOBBS ACT AND FORFEITURE ALLEGATION (2) | 144 months imprisonment to be served concurrent to counts 1, 3–5 and consecutive to counts 6–8, no fine, $100 special assessment |
| 18:1951 HOBBS ACT AND FORFEITURE ALLEGATION (3) | 168 months imprisonment to be served concurrent to counts 1–2, 4–5 and consecutive to counts 6–8, no fine, $100 special assessment |
| 18:1951 HOBBS ACT AND FORFEITURE ALLEGATION (4) | 192 months imprisonment to be served concurrent to counts 1, 2, 3, 5 and consecutive to counts 6–8, no fine, $100 special assessment |
| 18:1951 HOBBS ACT AND FORFEITURE ALLEGATION (5) | 216 months imprisonment to be served concurrent to counts 1–4 and consecutive to counts 6–8, no fine, $100 special assessment |
| 18:924(c)(1)(A) BRANDISHING OF A FIREARM DURING A CRIME OF VIOLENCE AND FORFEITURE ALLEGATION (6) | 84 months imprisonment to be served consecutive to counts 7–8 and Counts 1–5, no fine, $100 special assessment |
| 18:924(c)(1)(A) BRANDISHING OF A FIREARM DURING A CRIME OF VIOLENCE AND FORFEITURE ALLEGATION (7) | 84 months imprisonment to be served consecutive to counts 6, 8 and Counts 1–5, no fine, $100 special assessment |
| 18:922(g)(1) FELON IN POSSESSION OF ONE OR MORE FIREARMS AND FORFEITURE ALLEGATION (8) | 180 months imprisonment to be served consecutive to counts 6–7 and Counts 1–5, no fine, $100 special assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **United States of America** | represented by | **Molly E Donnelly – AUSA**<br>US Attorney's Office – SB/IN<br>M01 Federal Building<br>204 S Main St<br>South Bend, IN 46601–2191<br>574–236–8287<br>Fax: 574–236–8155<br>Email: molly.donnelly@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney*<br><br>**Luke N Reilander – AUSA**<br>US Attorney's Office – SB/IN<br>M01 Federal Building<br>204 S Main St<br>South Bend, IN 46601–2191<br>574–236–8287<br>Fax: 574–236–8155<br>Email: luke.reilander@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/10/2018 | 1 | | INDICTMENT as to Rex Hammond (1) count(s) 1–5, 6–7, 8. (nae) (Additional attachment(s) added on 1/11/2018: # 1 Restricted Ink Signature) (nae). (Entered: 01/11/2018) |
| 04/30/2018 | 3 | | MOTION for Writ of Habeas Corpus ad prosequendum by United States of America as to Rex Hammond. (Donnelly – AUSA, Molly) (Entered: 04/30/2018) |
| 04/30/2018 | 4 | | WRIT OF HABEAS CORPUS AD PROSEQUENDUM granting 3 Motion for Writ of Habeas Corpus Ad Prosequendum as to Rex Hammond (1). Initial Appearance set for 5/17/2018 at 2:00 PM in US District Court – South Bend before Magistrate Judge Michael G Gotsch Sr. Signed by Magistrate Judge Michael G Gotsch, Sr on 4/30/2018.(Copy to USM) (rmc) (Entered: 04/30/2018) |
| 05/17/2018 | 5 | | INITIAL APPEARANCE as to Rex Hammond held on 5/17/2018 before Magistrate Judge Michael G Gotsch, Sr. Govt appeared by atty Gabrielse. Dft appeared w/o counsel. Bucha appeared on behalf of U S Pretrial Services. Defendant advised of rights, charges and penalties. Defendant requests court appointed counsel. Court finds defendant is eligible for court appointed counsel. Clerk directed to notify FCD of appointment of counsel. U S Gov moves for detention. Dft remanded to custody pending Arraignment/ Detention Hearing set for 5/18/2018 02:00 PM in US District Court – South Bend before Magistrate Judge Michael G Gotsch Sr. Defendant REMANDED to custody of US Marshal.(Tape #FTR 5/17/18.) (slm) (Entered: 05/17/2018) |

| | | | |
|---|---|---|---|
| 05/17/2018 | 6 | | ATTORNEY APPEARANCE: David E Vandercoy – FCD appearing for Rex Hammond (Vandercoy – FCD, David) (Entered: 05/17/2018) |
| 05/18/2018 | 7 | | PRETRIAL BOND REPORT as to **Rex Hammond**. NOTE: This document will only be accessible to appropriate court staff, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. **For parties entitled to a free look at this document, enter your CM/ECF login and password to confirm your right to view this document.** (USPO Bucha – aaron_bucha@innp.uscourts.gov, fax 574–246–8351) (Entered: 05/18/2018) |
| 05/18/2018 | 8 | | ARRAIGNMENT/DETENTION as to Rex Hammond (1) held on 5/18/2018 before Magistrate Judge Michael G Gotsch, Sr. Govt appeared by atty Donnelly. Dft appeared by atty Vandercoy. Baker appeared on behalf of U S Pretrial Services. Dft enters not guilty plea as to all counts. Pretrial Motions due by 6/6/2018. 5 day Jury Trial set for 7/16/2018 09:30 AM in US District Court – South Bend before Judge Robert L Miller Jr. Parties stipulate to detention and waive full hearing and with right to revisit at a later time.Court orders defendant be held without bond pending trial or further proceedings. Defendant REMANDED to custody of US Marshal.(Tape #FTR 5/18/18.) (slm) (Entered: 05/18/2018) |
| 05/18/2018 | 9 | | DISCOVERY ORDER as to Rex Hammond. Signed by Magistrate Judge Michael G Gotsch, Sr on 5/18/18. (slm) (Entered: 05/18/2018) |
| 05/18/2018 | 10 | | Arrest Warrant Returned Executed on 5/17/2018 in case as to Rex Hammond. (rmc) (Entered: 05/22/2018) |
| 06/01/2018 | 11 | | MOTION to Continue *Pretrial Deadlines and Trial* by Rex Hammond. (Vandercoy – FCD, David) (Entered: 06/01/2018) |
| 06/04/2018 | 12 | | NOTICE OF HEARING ON MOTION in case as to Rex Hammond 11 MOTION to Continue *Pretrial Deadlines and Trial* : Motion Hearing set for 6/12/2018 09:00 AM (EST) in US District Court – South Bend before Judge Robert L Miller Jr. (dk) (Entered: 06/04/2018) |
| 06/08/2018 | 13 | | MOTION to Withdraw as Attorney by David E. Vandercoy. by Rex Hammond. (Vandercoy – FCD, David) (Entered: 06/08/2018) |
| 06/12/2018 | 14 | | MOTION HEARING as to Rex Hammond held on 6/12/2018 before Judge Robert L Miller, Jr. Govt appeared by atty M. Donnelly. Dft appeared with atty D. Vandercoy re 11 MOTION to Continue *Pretrial Deadlines and Trial* filed by Rex Hammond, 13 MOTION to Withdraw as Attorney by David E. Vandercoy filed by Rex Hammond. Parties present. The court hears from the parties. Defense makes oral motion for access to the law library. For reasons stated, motion is DENIED. Defendant's 11 motion to continue trial is GRANTED. Status Conference set for 6/19/2018 09:00 AM (EST) in US District Court – South Bend before Judge Robert L Miller Jr. New counsel to be appointed for defendant. Defendant's 13 motion to withdraw to be granted upon appearance of new counsel. Jury trial on 7/16/18 is VACATED. Defendant REMANDED to custody of US Marshal. (Court Reporter D. Bonk.) (dk) (Entered: 06/12/2018) |
| 06/12/2018 | 15 | | CJA 20 as to Rex Hammond: Appointment of Attorney Fred R Hains for Rex Hammond. Signed by Judge Robert L Miller, Jr on 6/12/18. (dk) (Entered: |

| | | | |
|---|---|---|---|
| | | | 06/12/2018) |
| 06/13/2018 | 16 | | ATTORNEY APPEARANCE: Fred R Hains appearing for Rex Hammond (Hains, Fred) (Entered: 06/13/2018) |
| 06/18/2018 | 17 | | ORDER granting 13 Motion to Withdraw as Attorney David E Vandercoy – FCD withdrawn from case as to Rex Hammond. Signed by Judge Robert L Miller, Jr on 6/18/18. (dk) (Entered: 06/18/2018) |
| 06/19/2018 | 18 | | STATUS CONFERENCE as to Rex Hammond held on 6/19/2018 before Judge Robert L Miller, Jr. Govt appeared by atty M. Donnelly. Dft appeared with atty F. Hains. Parties present. The court hears from the parties. 5–day Jury Trial set for 9/10/2018 09:30 AM (EDT) in US District Court – South Bend before Judge Robert L Miller Jr. Pretrial Motions due by 7/19/2018. For reasons stated, the court enters an ends of justice finding under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B). Defendant REMANDED to custody of US Marshal. (Court Reporter J. Hoffman.) (dk) (Entered: 06/19/2018) |
| 07/16/2018 | 19 | | MOTION to Remove Counsel and to Appoint New Counsel by Rex Hammond. (Attachments: # 1 Letter to Clerk, # 2 Envelope)(nae) (Entered: 07/16/2018) |
| 07/17/2018 | 20 | | MOTION to Continue *Deadline for Pretrial Motions* by Rex Hammond. (Hains, Fred) (Entered: 07/17/2018) |
| 07/18/2018 | 21 | | NOTICE OF HEARING ON MOTION in case as to Rex Hammond; 20 MOTION to Continue *Deadline for Pretrial Motions*, 19 MOTION to Remove Counsel and to Appoint New Counsel : Motion Hearing set for 7/19/2018 09:00 AM in US District Court – South Bend before Judge Robert L Miller Jr. (dk) (Entered: 07/18/2018) |
| 07/18/2018 | 22 | | MOTION to Compel *DNA Collection* by United States of America as to Rex Hammond. (Donnelly – AUSA, Molly) (Entered: 07/18/2018) |
| 07/19/2018 | 23 | | MOTION HEARING as to Rex Hammond held on 7/19/2018 before Judge Robert L Miller, Jr. Govt appeared by atty M. Donnelly. Dft appeared with atty F. Hains re 19 MOTION to Remove Counsel and to Appoint New Counsel filed by Rex Hammond. Parties present. Defendant sworn. The court hears from the parties. For reasons stated, new counsel to be appointed for defendant. Status Conference set for 7/25/2018 09:00 AM (EDT) in US District Court – South Bend before Judge Robert L Miller Jr. Defendant's 19 motion to remove counsel to be granted upon appearance of newly appointed counsel. The court DEFERS ruling on 20 motion to continue and 22 motion to compel until new counsel appears. Defendant REMANDED to custody of US Marshal. (Court Reporter D. Bonk.) (dk) (Entered: 07/19/2018) |
| 07/19/2018 | 24 | | NOTICE *TO INCLUDE EVIDENCE IN RELATION TO FEDERAL RULE OF CRIMINAL PROCEDURE 404(b)* by United States of America as to Rex Hammond (Donnelly – AUSA, Molly) (Entered: 07/19/2018) |
| 07/20/2018 | 25 | | CJA 20 as to Rex Hammond: Appointment of Attorney Nicholas T Otis for Rex Hammond. Signed by Judge Robert L Miller, Jr on 7/20/18. (dk) (Entered: 07/20/2018) |
| 07/20/2018 | 26 | | ATTORNEY APPEARANCE: Nicholas T Otis appearing for Rex Hammond (Otis, Nicholas) (Entered: 07/20/2018) |

5

| 07/23/2018 | 27 | | ORDER granting 19 Motion to remove attorney Fred Hains as counsel as to Rex Hammond. Signed by Judge Robert L Miller, Jr on 7/23/18. (dk) (Entered: 07/23/2018) |
|---|---|---|---|
| 07/25/2018 | 28 | | MOTION HEARING as to Rex Hammond held on 7/25/2018 before Judge Robert L Miller, Jr. Govt appeared by atty M. Donnelly. Dft appeared with atty N. Otis re 20 MOTION to Continue *Deadline for Pretrial Motions* filed by Rex Hammond, 22 MOTION to Compel *DNA Collection* filed by United States of America. Parties present. The court hears from the parties. Defendant's 20 motion to continue is GRANTED. Pretrial Motions due by 9/7/2018. 5−day Jury Trial CONTINUED to 11/26/2018 09:30 AM (EST) in US District Court – South Bend before Judge Robert L Miller Jr. For reasons stated, government's 22 motion to compel DNA collection is GRANTED. Jury trial on 9/10/18 is VACATED. Defendant REMANDED to custody of US Marshal. (Court Reporter D. Bonk.) (dk) (Entered: 07/25/2018) |
| 07/26/2018 | 29 | | ORDER as to Rex Hammond: The court finds that failure to grant the defendants motion to continue the September 10 trial date would deny new counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the interests of justice outweigh the interests of the defendant and the public to a speedy trial within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv); and GRANTS defendant's 20 motion to continue deadlines and trial. Signed by Judge Robert L Miller, Jr on 7/26/18. (dk) (Entered: 07/26/2018) |
| 09/07/2018 | 30 | | MOTION in Limine *to Suppress Cellular Telephone Evidence, Location Information, and All Traffic Stop Evidence* by Rex Hammond. (Otis, Nicholas) (Entered: 09/07/2018) |
| 09/07/2018 | 31 | | MEMORANDUM in Support of 30 MOTION in Limine *to Suppress Cellular Telephone Evidence, Location Information, and All Traffic Stop Evidence* by Rex Hammond (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit)(Otis, Nicholas) (Entered: 09/07/2018) |
| 09/10/2018 | 32 | | NOTICE OF HEARING ON MOTION in case as to Rex Hammond 30 MOTION in Limine *to Suppress Cellular Telephone Evidence, Location Information, and All Traffic Stop Evidence* : Motion Hearing set for 10/18/2018 09:00 AM (EDT) in US District Court – South Bend before Judge Robert L Miller Jr. (dk) (Entered: 09/10/2018) |
| 09/10/2018 | 33 | | MOTION to Continue *Hearing on Motion to Suppress Cellular Telephone Evidence, Location Information, and all Traffic Stop Evidence* by Rex Hammond. (Otis, Nicholas) (Entered: 09/10/2018) |
| 09/17/2018 | 34 | | ORDER granting 33 Motion to Continue as to Rex Hammond; Motion Hearing set for 10/18/18 is RESET to 10/9/2018 09:30 AM (EDT) in US District Court – South Bend before Judge Robert L Miller Jr. Signed by Judge Robert L Miller, Jr on 9/17/18. (dk) (Entered: 09/17/2018) |
| 09/19/2018 | 35 | | MOTION for Extension of Time to File Response/Reply as to 31 Memorandum in Support, 30 MOTION in Limine *to Suppress Cellular Telephone Evidence, Location Information, and All Traffic Stop Evidence [one−week extension]* by United States of America as to Rex Hammond. |

| | | | |
|---|---|---|---|
| | | | (Donnelly – AUSA, Molly) (Entered: 09/19/2018) |
| 09/19/2018 | 36 | | MOTION to Amend/Correct 31 Memorandum in Support, filed by Rex Hammond by Rex Hammond. (Otis, Nicholas) (Entered: 09/19/2018) |
| 09/19/2018 | 37 | | MEMORANDUM in Support of 30 MOTION in Limine *to Suppress Cellular Telephone Evidence, Location Information, and All Traffic Stop Evidence* by Rex Hammond *Corrected* (Otis, Nicholas) (Entered: 09/19/2018) |
| 09/21/2018 | 38 | | ORDER granting 35 Motion for Extension of Time to File Response/Reply as to Rex Hammond: The government has until September 28, 2018 to file its response to motion to suppress. Signed by Judge Robert L Miller, Jr on 9/21/18. (dk) (Entered: 09/21/2018) |
| 09/28/2018 | 39 | | RESPONSE by United States of America to 31 Memorandum in Support, 37 Memorandum in Support, 30 MOTION in Limine *to Suppress Cellular Telephone Evidence, Location Information, and All Traffic Stop Evidence*, 36 MOTION to Amend/Correct 31 Memorandum in Support, filed by Rex Hammond . (Donnelly – AUSA, Molly) (Entered: 09/28/2018) |
| 10/05/2018 | 40 | | ATTORNEY APPEARANCE Luke N Reilander – AUSA appearing for USA. *[co−counsel for USA]* (Reilander – AUSA, Luke) (Entered: 10/05/2018) |
| 10/09/2018 | 41 | | MOTION HEARING as to Rex Hammond held on 10/9/2018 before Judge Robert L Miller, Jr. Govt appeared by attys M. Donnelly, L. Reilander. Dft appeared with atty N. Otis re 30 MOTION in Limine *to Suppress Cellular Telephone Evidence, Location Information, and All Traffic Stop Evidence* filed by Rex Hammond. Parties present. Government presents evidence with six witnesses. Arguments heard. For reasons stated, the court takes the matter under advisement. Written order to follow. Defendant REMANDED to custody of US Marshal. (Court Reporter D. Bonk.) (dk) (Entered: 10/09/2018) |
| 10/09/2018 | 42 | | WITNESS LIST/EXHIBIT LIST as to Rex Hammond; Suppression hearing (dk) (Entered: 10/10/2018) |
| 10/12/2018 | 43 | | NOTICE *TO PROCEED UNDER LOCAL CRIMINAL RULE 12−1* by United States of America as to Rex Hammond (Donnelly – AUSA, Molly) (Entered: 10/12/2018) |
| 10/12/2018 | 44 | | NOTICE *OF F.R.E. 609 EVIDENCE* by United States of America as to Rex Hammond (Donnelly – AUSA, Molly) (Entered: 10/12/2018) |
| 10/24/2018 | 45 | | OPINION AND ORDER denying 30 Motion to Suppress as to Rex Hammond. Signed by Judge Robert L Miller, Jr on 10/24/18. (dk) Modified on 10/25/2018 to correct doc title (lhc). (Entered: 10/24/2018) |
| 10/26/2018 | 46 | | NOTICE *of Proposed Expert Testimony* by United States of America as to Rex Hammond (Donnelly – AUSA, Molly) (Entered: 10/26/2018) |
| 10/26/2018 | 47 | | NOTICE *to Proceed Under Local Criminal Rule 12−1 (Supplemental)* by United States of America as to Rex Hammond re 43 Notice (Other) (Donnelly – AUSA, Molly) (Entered: 10/26/2018) |
| 11/05/2018 | 48 | | MOTION to Continue *Trial* by Rex Hammond. (Otis, Nicholas) (Entered: 11/05/2018) |
| 11/05/2018 | 49 | | |

| | | | |
|---|---|---|---|
| | | | WAIVER of Minimum Time to Trial by Rex Hammond (Otis, Nicholas) (Entered: 11/05/2018) |
| 11/06/2018 | 50 | | NOTICE OF HEARING ON MOTION in case as to Rex Hammond 48 MOTION to Continue *Trial* : Motion Hearing set for 11/14/2018 01:15 PM (EST) in US District Court – South Bend before Judge Robert L Miller Jr. (dk) (Entered: 11/06/2018) |
| 11/14/2018 | 51 | | MOTION HEARING as to Rex Hammond held on 11/14/2018 before Judge Robert L Miller, Jr. Govt appeared by atty M. Donnelly. Dft appeared with atty N. Otis re 48 MOTION to Continue *Trial* filed by Rex Hammond. Parties present. The court hears from the parties. Defendant's 48 motion to continue trial is GRANTED. 5–day Jury Trial RESET for 2/4/2019 09:30 AM (EST) in US District Court – South Bend before Judge Robert L Miller Jr. For reasons stated, the court enters an ends of justice finding under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B). Jury trial on 11/26/18 is VACATED. Defendant REMANDED to custody of US Marshal. (Court Reporter D. Bonk.) (dk) (Entered: 11/14/2018) |
| 11/21/2018 | 52 | | SUPPLEMENT to 46 Notice (Other) by United States of America as to Rex Hammond *[Expert Marty Johnson, Lab Director, Kalamazoo County Sheriff's Dept Forensic Lab]* (Donnelly – AUSA, Molly) (Entered: 11/21/2018) |
| 12/11/2018 | 53 | | NOTICE OF MANUAL FILING by Rex Hammond (Otis, Nicholas) Modified on 12/12/2018 to correct text (lhc). (Entered: 12/11/2018) |
| 12/18/2018 | 55 | | ORDER directing counsel to resubmit filing on the form provided by the Clerk as to Rex Hammond. Signed by Judge Robert L Miller, Jr on 12/18/2018. (cc: counsel) (nae) (Entered: 12/18/2018) |
| 12/20/2018 | 56 | | TRANSCRIPT of SUPPRESSION HEARING as to Rex Hammond held on OCTOBER 9, 2018, before Judge ROBERT L. MILLER, JR. Court Reporter DEBRA J. BONK, Telephone number 574 246 8039 / debra_bonk@innd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**IMPORTANT: Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Redaction Request – Transcript shall be e–filed with the Court. Access to this request will be restricted to the Court and the attorneys of record in the case. If no such Notice and Redaction Request are filed, the transcript may be made remotely, electronically available to the public without redaction. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the Court Reporter. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.** |

| | | | |
|---|---|---|---|
| | | | Notice of Intent to Redact due 1/2/2019. Redaction Request due 1/10/2019. Redacted Transcript Deadline set for 1/22/2019. Release of Transcript Restriction set for 3/20/2019. (db) (Entered: 12/20/2018) |
| 01/07/2019 | 57 | | MOTION to Continue *Trial* by Rex Hammond. (Otis, Nicholas) (Entered: 01/07/2019) |
| 01/07/2019 | 58 | | WAIVER of Minimum Time to Trial by Rex Hammond (Otis, Nicholas) (Entered: 01/07/2019) |
| 01/08/2019 | 59 | | NOTICE OF HEARING ON MOTION in case as to Rex Hammond; 57 MOTION to Continue *Trial* : Motion Hearing set for 1/10/2019 09:00 AM (EST) in US District Court – South Bend before Judge Robert L Miller Jr. (dk) (Entered: 01/08/2019) |
| 01/10/2019 | 60 | | MOTION HEARING as to Rex Hammond held on 1/10/2019 before Judge Robert L Miller, Jr. Govt appeared by atty M. Donnelly. Dft appeared with atty N. Otis re 57 MOTION to Continue *Trial* filed by Rex Hammond. Parties present. The court hears from the parties. Defendant's 57 motion to continue is GRANTED. 5–day Jury Trial CONTINUED to 4/8/2019 09:30 AM (EDT) in US District Court – South Bend before Judge Robert L Miller Jr. For reasons stated, the court enters an ends of justice finding under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B). Jury trial on 2/4/19 is VACATED. Defendant REMANDED to custody of US Marshal. (Court Reporter D. Bonk.) (dk) (Entered: 01/10/2019) |
| 01/31/2019 | 62 | | MOTION to Suppress by Rex Hammond. (Otis, Nicholas) (Entered: 01/31/2019) |
| 01/31/2019 | 63 | | MEMORANDUM in Support of 62 MOTION to Suppress by Rex Hammond (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Otis, Nicholas) (Entered: 01/31/2019) |
| 02/14/2019 | 65 | | RESPONSE to Motion by United States of America as to Rex Hammond re 62 MOTION to Suppress (Donnelly – AUSA, Molly) (Entered: 02/14/2019) |
| 02/26/2019 | 67 | | NOTICE OF HEARING ON MOTION in case as to Rex Hammond 62 MOTION to Suppress : Motion Hearing set for 3/25/2019 09:30 AM (EDT) in US District Court – South Bend before Judge Robert L Miller Jr. (dk) (Entered: 02/26/2019) |
| 03/01/2019 | 68 | | SEALED EX PARTE ORDER as to Rex Hammond: The court GRANTS 66 Ex Parte motion; and DENIES as moot 61 and 54 Ex Parte Motions filed by Rex Hammond. Signed by Judge Robert L Miller, Jr on 3/1/19. (dk) (Entered: 03/01/2019) |
| 03/19/2019 | 69 | | SUPPLEMENT to 65 Response to Motion by United States of America as to Rex Hammond *[CITING ADDITIONAL AUTHORITY]* (Donnelly – AUSA, Molly) (Entered: 03/19/2019) |
| 03/22/2019 | 70 | | MOTION for Writ of Habeas Corpus ad testificandum by United States of America as to Rex Hammond. (Donnelly – AUSA, Molly) (Entered: 03/22/2019) |
| 03/22/2019 | 71 | | WRIT OF HABEAS CORPUS AD TESTIFICANDUM granting 70 Motion for Writ of Habeas Corpus Ad Testificandum as to Rex Hammond (1). Signed |

| | | | |
|---|---|---|---|
| | | | by Judge Robert L Miller, Jr on 3/22/2019.(Copy to USM) (rmc) (Entered: 03/22/2019) |
| 03/25/2019 | 72 | | MOTION HEARING as to Rex Hammond held on 3/25/2019 before Judge Robert L Miller, Jr. Govt appeared by atty M. Donnelly. Dft appeared with atty N. Otis re 62 MOTION to Suppress filed by Rex Hammond. Parties present. The court hears from the parties. For reasons stated, defendant's 62 motion to suppress is DENIED. Defendant REMANDED to custody of US Marshal. (Court Reporter D. Bonk.) (dk) (Entered: 03/25/2019) |
| 03/28/2019 | 73 | | Court's Proposed Final Jury Instructions as to Rex Hammond (dk) (Entered: 03/28/2019) |
| 04/03/2019 | 74 | | Proposed Jury Instructions by United States of America as to Rex Hammond (Donnelly – AUSA, Molly) (Entered: 04/03/2019) |
| 04/03/2019 | 75 | | NOTICE *REGARDING PLEA OFFER [JOINT NOTICE]* by United States of America as to Rex Hammond (Donnelly – AUSA, Molly) (Entered: 04/03/2019) |
| 04/03/2019 | 76 | | STIPULATION *OF FACTS AND ESSENTIAL ELEMENTS [PRIOR FELONY CONVICTION]* by United States of America as to Rex Hammond. (Donnelly – AUSA, Molly) (Entered: 04/03/2019) |
| 04/03/2019 | 77 | | STIPULATION *OF FACTS [VIDEOS]* by United States of America as to Rex Hammond. (Donnelly – AUSA, Molly) (Entered: 04/03/2019) |
| 04/04/2019 | 78 | | Proposed Jury Instructions by Rex Hammond (Otis, Nicholas) (Entered: 04/04/2019) |
| 04/08/2019 | 79 | | JURY TRIAL (Day 1) as to Rex Hammond held on 4/8/2019 before Judge Robert L Miller, Jr. Govt appeared by attys M. Donnelly, L. Reilander. Dft appeared with atty N. Otis. Parties present. Defendant sworn. The court handles preliminary matters with counsel. Jury panel present and sworn. 14 jurors selected and sworn. Preliminary Instructions read to jury. Opening statements heard. Government presents evidence with 9 witnesses. Trial to resume at 9:30am on 4/9/19. Defendant REMANDED to custody of US Marshal. (Court Reporter D. Bonk.) (dk) (Entered: 04/08/2019) |
| 04/09/2019 | 80 | | JURY TRIAL (Day 2) as to Rex Hammond held on 4/9/2019 before Judge Robert L Miller, Jr. Govt appeared by attys M. Donnelly, L. Reilander. Dft appeared with atty N. Otis. Parties present. The court addresses preliminary matters with the parties. Jurors present. Government presents evidence with 13 witnesses. Trial to resume at 9:00am on 4/10/19. Defendant REMANDED to custody of US Marshal. (Court Reporter D. Bonk.) (dk) (Entered: 04/09/2019) |
| 04/10/2019 | 81 | | JURY TRIAL (Day 3) as to Rex Hammond held on 4/10/2019 before Judge Robert L Miller, Jr. Govt appeared by attys M. Donnelly, L. Reilander. Dft appeared with atty N. Otis. Jurors present. Government presents evidence with 12 witnesses. Trial to resume at 9:00am on 4/11/19. Defendant REMANDED to custody of US Marshal. (Court Reporter D. Bonk.) (dk) (Entered: 04/10/2019) |
| 04/11/2019 | 82 | | JURY TRIAL (Day 4) as to Rex Hammond held on 4/11/2019 before Judge Robert L Miller, Jr. Govt appeared by attys M. Donnelly, L. Reilander. Dft appeared with atty N. Otis. Final Instructions Conference held. Jurors present. |

| | | | |
|---|---|---|---|
| | | | Government rests. Defense rests. Final Instructions read to jury. Closing arguments heard. Deliberations begin. Jury returns GUILTY verdict on counts 1–8. Jurors excused. Sentencing set for 7/15/2019 09:00 AM in US District Court – South Bend before Judge Robert L Miller Jr. Sentencing Memoranda and Motions related to sentencing due by 7/8/2019. Defendant REMANDED to custody of US Marshal. (Court Reporter D. Bonk.) (dk) (Entered: 04/11/2019) |
| 04/11/2019 | 83 | | WITNESS LIST/EXHIBIT LIST as to Rex Hammond; Jury trial (dk) (Entered: 04/11/2019) |
| 04/11/2019 | 84 | | JURY VERDICT as to Rex Hammond; GUILTY on Counts 1–8. (dk) (Entered: 04/11/2019) |
| 04/11/2019 | 85 | | Jury Notes as to Rex Hammond (dk) (Entered: 04/11/2019) |
| 04/11/2019 | 86 | | RETURN OF EXHIBITS 12, 28, 33, 29 A&B, 30, 40, 48 A&B, 45, 46, 50 A–C, 51 A–C, 25 as to Rex Hammond to M. Donnelly (dk) (Entered: 04/11/2019) |
| 04/11/2019 | 87 | | Court's Final Jury Instructions as to Rex Hammond (dk) (Entered: 04/11/2019) |
| 05/24/2019 | 88 | | MOTION for Preliminary Order of Forfeiture by United States of America as to Rex Hammond. (Donnelly – AUSA, Molly) (Entered: 05/24/2019) |
| 05/28/2019 | 89 | | PRELIMINARY ORDER OF FORFEITURE granting 88 Motion for Forfeiture of Property as to Rex Hammond (1). Signed by Judge Robert L Miller, Jr on 5/28/2019. (rmc) (Entered: 05/28/2019) |
| 06/03/2019 | 90 | | **DRAFT** PRESENTENCE INVESTIGATION REPORT as to **Rex Hammond**. NOTE: This document will only be accessible to the government attorney and the attorney for the applicable defendant. The judge in this case, other defendants and the general public will NOT be able to view this draft document. For parties entitled to a free look at this document, enter your CM/ECF login and password to confirm your right to view this document. Parties should submit objections to this report *directly to the probation officer listed at the end of this docket entry*. **IMPORTANT!!! Government attorneys and federal community defenders should send objections by SECURE E–MAIL to the probation officer; private attorneys and CJA panel attorneys MUST send objections by FAX ONLY! Government Objections to the Draft Presentence Investigation Report are due not later than 6/17/2019 pursuant to Rule 32 and General Order of the Court 2001–1. Defendant Objections to the Draft Presentence Investigation Report are due not later than 6/17/2019 pursuant to Rule 32 and General Order of the Court 2001–1.** (USPO Johnson – jessica_johnson@innp.uscourts.gov, fax 574–246–8357) (Entered: 06/03/2019) |
| 06/13/2019 | 91 | | **OBJECTION TO DRAFT** PRESENTENCE INVESTIGATION REPORT by Molly Donnelly re 90 Access to this document is available only to the following parties: United States of America. Other defendants and the general public will NOT be able to view this document. (USPO Johnson – jessica_johnson@innp.uscourts.gov, fax 574–246–8357) (Entered: 06/17/2019) |

| 06/17/2019 | 92 | | **OBJECTION TO DRAFT** PRESENTENCE INVESTIGATION REPORT by Nick Otis re 90 Access to this document is available only to the following parties: Rex Hammond. Other defendants and the general public will NOT be able to view this document. (USPO Johnson – jessica_johnson@innp.uscourts.gov, fax 574–246–8357) (Entered: 06/18/2019) |
|---|---|---|---|
| 07/03/2019 | 93 | | **FINAL** PRESENTENCE INVESTIGATION REPORT as to **Rex Hammond**. NOTE: This document will only be accessible to appropriate court staff, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. **For parties entitled to a free look at this document, enter your CM/ECF login and password to confirm your right to view this document.** (Attachments: # 1 Victim Impact Statement)(USPO Johnson – jessica_johnson@innp.uscourts.gov, fax 574–246–8357) (Entered: 07/03/2019) |
| 07/03/2019 | 94 | | **ADDENDUM** TO FINAL PRESENTENCE INVESTIGATION REPORT re 93 as to **Rex Hammond**. NOTE: This document will only be accessible to appropriate court staff, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. **For parties entitled to a free look at this document, enter your CM/ECF login and password to confirm your right to view this document.** (USPO Johnson – jessica_johnson@innp.uscourts.gov, fax 574–246–8357) (Entered: 07/03/2019) |
| 07/08/2019 | 96 | | SENTENCING MEMORANDUM by Rex Hammond (Otis, Nicholas) (Entered: 07/08/2019) |
| 07/08/2019 | 97 | | MOTION to Vacate *Conviction for Count 8 Felon in Possession of a Firearm* by Rex Hammond. (Otis, Nicholas) (Entered: 07/08/2019) |
| 07/08/2019 | 98 | | SENTENCING MEMORANDUM by United States of America as to Rex Hammond (Attachments: # 1 Exhibit 1 – Conviction Documents)(Donnelly – AUSA, Molly) (Entered: 07/08/2019) |
| 07/10/2019 | 99 | | RESPONSE to Motion by United States of America as to Rex Hammond re 97 MOTION to Vacate *Conviction for Count 8 Felon in Possession of a Firearm* (Donnelly – AUSA, Molly) (Entered: 07/10/2019) |
| 07/12/2019 | 100 | | NOTICE OF MANUAL FILING of CD containing Governments Trial PowerPoints opening, closing, and rebuttal. by United States of America as to Rex Hammond (Donnelly – AUSA, Molly) (Entered: 07/12/2019) |
| 07/12/2019 | 101 | | RECEIPT of CD per 100 Notice of Manual Filing from United States of America (rmc) (Entered: 07/12/2019) |
| 07/15/2019 | 102 | | SENTENCING held on 7/15/2019 for Rex Hammond before Judge Robert L Miller, Jr. Govt appeared by atty M. Donnelly. Dft appeared with atty N. Otis. J. Johnson appeared on behalf of U S Probation/Pretrial Services. Parties present. Defense objects to paragraphs 15, 17–19, 46, 59 of the PSR. The court adopts paragraphs 1–14, 16, 20–45, 47–58, 60–64, 66–154 of the PSR, specifically paragraphs 100–131 regarding the defendant's financial condition. Arguments heard on defendant's 97 motion to vacate. For reasons stated, |

|  |  |  | defendant's 97 motion to vacate conviction on Count 8 is DENIED. The court hears from the parties. For reasons stated, defendant sentenced to an aggregate sentence of 564 months as follows: Count 1: 120 months imprisonment to be served concurrent to counts 2–5 and consecutive to counts 6–8, no fine, $100 special assessment; Count 2: 144 months imprisonment to be served concurrent to counts 1, 3 and 5 and consecutive to counts 6–8, no fine, $100 special assessment; Count 3: 168 months imprisonment to be served concurrent to counts 1–2 and 4–5 and consecutive to counts 6–8, no fine, $100 special assessment; Count 4: 192 months imprisonment to be served concurrent to counts 1, 2, 3, 5 and consecutive to counts 6–8, no fine, $100 special assessment; Count 5: 216 months imprisonment to be served concurrent to counts 1–4 and consecutive to counts 6–8, no fine, $100 special assessment; Count 6: 84 months imprisonment to be served consecutive to counts 7–8 and consecutive to counts 1–5, no fine, $100 special assessment; Count 7: 84 months imprisonment to be served consecutive to counts 6 and 8 and consecutive to counts 1–5, no fine, $100 special assessment; Count 8: 180 months imprisonment to be served consecutive to counts 6 and 7 and consecutive to counts 1–5, no fine, $100 special assessment. No term of supervised release is imposed. Restitution imposed as stated in paragraph 167 of the PSR. The court makes BOP recommendation for placement in a facility where defendant might participate in a substance abuse treatment program. The court advised defendant of right to appeal. Defendant states he wishes to appeal and atty Otis is instructed to file a timely notice of appeal on behalf of the defendant. Defendant REMANDED to custody of US Marshal. (Court Reporter D. Bonk.) (dk) (Entered: 07/15/2019) |
|---|---|---|---|
| 07/15/2019 | 103 |  | SENTENCING MEMORANDUM as to Rex Hammond. Signed by Judge Robert L Miller, Jr on 7/15/19.(Copy mailed to defendant) (dk) (Entered: 07/15/2019) |
| 07/16/2019 | 104 | 14 | NOTICE OF APPEAL by Rex Hammond (Otis, Nicholas) (Entered: 07/16/2019) |
| 07/16/2019 | 105 | 16 | JUDGMENT as to Rex Hammond; 564 months imprisonment as follows: 120 months imprisonment on Count 1; 144 months imprisonment on Count 2; 168 months imprisonment on Count 3; 192 months imprisonment on Count 4; 216 months imprisonment on Count 5; 84 months imprisonment on Count 6; 84 months imprisonment on Count 7; and 180 months imprisonment on Count 8. The sentences on Counts 1–5 shall be served concurrently with each other. The sentences on Counts 6, 7, and 8 shall be served consecutively to each other and consecutively to the sentences imposed on Counts 1–5. $800 special assessment, no fine, $2636.00 restitution. Signed by Judge Robert L Miller, Jr on 7/16/19. (dk) (Entered: 07/16/2019) |

14

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                  Plaintiff      ) | |
|                       ) | CASE NUMBER: 3:18-CR-00005 |
| V.       ) | |
|                       ) | |
| REX HAMMOND,       ) | |
|                  Defendant      ) | |

### NOTICE OF APPEAL

The Defendant, Rex Hammond, by counsel, Nicholas T. Otis of **NEWBY LEWIS KAMINSKI & JONES, LLP**, files his notice of appeal pursuant to Federal Rule of Appellate Procedure 4(b).  This appeal is taken from his judgment of conviction and sentence in this matter as ordered on July 15, 2019.

Respectfully submitted,

**NEWBY LEWIS KAMINSKI & JONES, LLP**

By:    /s/ Nicholas T. Otis
          Nicholas T. Otis, #27992-64
          916 Lincolnway
          P.O. Box 1816
          LaPorte, IN 46350
          Telephone: (219) 362-1577
          Fax: (219) 362-2106
          ntotis@nlkj.com
          Attorney for Defendant

## Certificate of Service

I hereby certify that on July 16, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Molly Donnelly; Molly.Donnelly@usdoj.gov

NEWBY LEWIS KAMINSKI & JONES, LLP

By: /s/ Nicholas T. Otis
Nicholas T. Otis, #27992-64

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>**REX HAMMOND**<br><br>　　　　　　Defendant. | **CASE NUMBER: 3:18CR5-001**<br><br>**USM Number: 17494-027**<br><br><br>**NICHOLAS T OTIS**<br>**DEFENDANT'S ATTORNEY** |

### JUDGMENT IN A CRIMINAL CASE

**THE DEFENDANT** was found guilty on counts 1-8 of the Indictment after a plea of not guilty on 4/11/2019.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| **Title, Section & Nature of Offense** | **Date Offense Ended** | **Count Number(s)** |
|---|---|---|
| 18:1951 HOBBS ACT AND FORFEITURE ALLEGATION | October 6, 2017 | 1 |
| 18:1951 HOBBS ACT AND FORFEITURE ALLEGATION | October 7, 2017 | 2 |
| 18:1951 HOBBS ACT AND FORFEITURE ALLEGATION | October 9, 2017 | 3 |
| 18:1951 HOBBS ACT AND FORFEITURE ALLEGATION | October 25, 2017 | 4 |
| 18:1951 HOBBS ACT AND FORFEITURE ALLEGATION | October 27, 2017 | 5 |
| 18:924(c)(1)(A) BRANDISHING OF A FIREARM DURING A CRIME OF VIOLENCE AND FORFEITURE ALLEGATION | October 6, 2017 | 6 |
| 18:924(c)(1)(A) BRANDISHING OF A FIREARM DURING A CRIME OF VIOLENCE AND FORFEITURE ALLEGATION | October 7, 2017 | 7 |
| 18:922(g)(1) FELON IN POSSESSION OF ONE OR MORE FIREARMS AND FORFEITURE ALLEGATION | October 2017 | 8 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

| | |
|---|---|
| July 15, 2019 | |
| Date of Imposition of Judgment | |
| /s/ Robert L. Miller, Jr. | |
| Signature of Judge | |
| Robert L. Miller, Jr., United States District Judge | |
| Name and Title of Judge | |
| July 16, 2019 | |
| Date | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for an aggregate term of **564 months** as follows:

120 months imprisonment on Count 1; 144 months imprisonment on Count 2; 168 months imprisonment on Count 3; 192 months imprisonment on Count 4; 216 months imprisonment on Count 5; 84 months imprisonment on Count 6; 84 months imprisonment on Count 7; and 180 months imprisonment on Count 8.

The sentences on Counts 1-5 shall be served concurrently with each other. The sentences on Counts 6, 7, and 8 shall be served consecutively to each other and consecutively to the sentences imposed on Counts 1-5.

The Court makes the following recommendations to the Bureau of Prisons:

    The court recommends that the Bureau of Prisons designate as the place of the defendant's confinement a facility, consistent with the defendant's security classification as determined by the Bureau of Prisons where he might participate in a substance abuse treatment program to address a documented pattern of substance abuse.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

    Defendant delivered _____ to _____ at _____, with a certified copy of this judgment.

    _____
    UNITED STATES MARSHAL

    By: _____
         DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

No term of supervised release is imposed.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $800.00 | NONE | $2,636.00 |

The defendant shall make the special assessment payment payable to Clerk, U.S. District Court, 102 Robert A. Grant Courthouse, 204 South Main Street, South Bend, IN 46601. The special assessment payment shall be due immediately.

## FINE

No fine imposed.

## RESTITUTION

Restitution in the amount of $2,636.00 is hereby imposed and shall be due immediately.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Clark Gas Station | 390.00 | 390.00 | |
| Conoco Gas Station | 814.00 | 814.00 | |
| Speedway | 207.00 | 207.00 | |
| JJ's Gas Station | 195.00 | 195.00 | |
| Wedge's Liquor Store | 1,030.00 | 1,030.00 | |
| **Totals** | $2,636.00 | $2,636.00 | |

**Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.